## WALTERS *v.* THE STATE.

LEWIS, J.    Under the ruling this day announced in the case of *Monford* v. *State*, ante, this court has no jurisdiction of the writ of error in the present case.
*Writ of error dismissed.    All the Justices concurring.*

Submitted November 19, 1901. — Decided February 4, 1902.

Motion to dismiss the writ of error.

*Blalock & Cobb,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* and *J. A. Ansley,* contra.

---

## COBB *et al. v.* VAN WINKLE GIN AND MACHINE WORKS.

LITTLE, J.    This case is controlled by the decision this day rendered in the case of *Monford* v. *State*, ante.

*Writ of error dismissed.    All the Justices concurring, except Cobb, J., disqualified.*

Argued January 3, — Decided February 4, 1902.

Motion to dismiss the writ of error.

*J. B. Hudson* and *James Taylor,* for plaintiffs in error.
*W. F. Clarke* and *F. A. Hooper,* contra.